# SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
JUNE 19, 2018 SESSION



FILED
JUN 20 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                      CRIMINAL NO. 2:18-00135
                        18 U.S.C. § 249(a)(2)

JOHN PERRY TAYLOR IV

## INDICTMENT

The Grand Jury Charges:

From on or about October 7, 2017, to on or about October 8, 2017, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant JOHN PERRY TAYLOR IV, willfully caused bodily injury to a woman, A.P., and attempted to cause bodily injury to A.P. using a dangerous weapon that traveled in interstate commerce, because of A.P.'s actual and perceived sexual orientation; and, in connection with that offense, the defendant interfered with commercial and other economic activity in which A.P. was engaged at the time, and the defendant's offense otherwise affected interstate and foreign commerce. Specifically, TAYLOR made derogatory comments regarding A.P.'s actual and perceived sexual orientation and used a glass bottle to hit A.P. multiple times about the head. As a result of

defendant's actions, A.P. suffered a laceration, bruising, and pain.

All in violation of Title 18, United States Code, Section 249.

JOHN M. GORE
Acting Assistant Attorney General

By: /s/ Christine M. Siscaretti
CHRISTINE M. SISCARETTI
Trial Attorney Section
Civil Rights Division


MICHAEL B. STUART
United States Attorney

By: /s/ Gabriele Wohl
GABRIELE WOHL
Assistant United States Attorney