# Courtroom Minute Entry

**Room:** Charleston 5400        **Case No.:** 2:18-cr-00135        **Type:** Initial Appearance on Indictment
**Caption:** USA v. John Perry Taylor IV        **Judge:** Dwane L. Tinsley

**Started:** 6/21/2018 3:35:01 PM
**Ends:**    6/21/2018 3:40:01 PM        **Length:** 00:05:01

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: John Perry Taylor IV
    Assistant U.S. Attorney: Gabe Wohl
    Probation Officer: Lee Cueva
    Retained Defense Attorney: Michael Clifford

| Time | Event |
|---|---|
| 3:35:11 PM | INITIAL APPEARANCE |
| 3:35:55 PM | Judge Dwane L. Tinsley case called, noted appearances of counsel, and defendant present in courtroom |
| 3:36:20 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:36:59 PM | Stated personal information |
| 3:37:19 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 3:37:37 PM | The defendant has retained Michael Clifford as counsel |
| 3:38:00 PM | Stated violation(s) in charging document and possible penalties |
| 3:38:25 PM | Defendant shall next appear for an arraignment on Tuesday, June 26, 2018 @ 1:30 p.m. in Huntington before Judge Eifert |
| 3:39:37 PM | Motion for Detention has been filed; detention hearing is scheduled on Tuesday, June 26, 2018 @ 1:30 p.m. in Huntington before Judge Eifert as well |
| 3:39:42 PM | Judge Dwane L. Tinsley Ordered defendant detained and remanded to USMS custody pending the next hearing |
| 3:39:43 PM | Anything else counsel wishes to address? |
| 3:39:50 PM | Hearing Adjourned |