AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
JUN 21 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

~~SEALED~~

RECEIVED 2018 JUN 20 PM 3 30 U.S. MARSHAL CHARLESTON, WV

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOHN PERRY TAYLOR, IV | ) Case No. 2:18-00135 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JOHN PERRY TAYLOR, IV    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Hate crime assault.


Date:    06/20/2018

*Issuing officer's signature*

City and state:    CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/20/2018, and the person was arrested on *(date)* 6/21/2018
at *(city and state)* South Charleston, WV.

Date:  6/21/2018

*Arresting officer's signature*

Cedric Jefferson  Special Agent
*Printed name and title*