UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                        Case Number: 2:18-cr-00135

**JOHN PERRY TAYLOR IV**

**O R D E R**

On June 21, 2018, the defendant appeared in person for an initial appearance pursuant to his arrest on the warrant based on the indictment.  Gabriele Wohl, Assistant United States Attorney, was present for the United States and Michael Clifford, Esquire, was present for the defendant.  Also present was Lee Cueva, Assistant Deputy Chief Probation Officer.

The defendant was not called upon to plead.  The Court informed the defendant of the charge in the case, of the defendant's right to counsel, and of matters relating to conditions of release.  The Court further informed the defendant that he was not required to make a statement and that any statement made by the defendant may be used against him.

The Court was advised that the defendant retained Michael Clifford as counsel to represent him in this matter.  The Court advised Mr. Clifford to file a Notice of Appearance.

It is **ORDERED** an arraignment in this case shall take place on Tuesday, June 26, 2018 at 1:30 p.m. before the Honorable Cheryl A. Eifert, United States Magistrate Judge, in Huntington.

Upon consideration of the Amended Motion for Detention Hearing (ECF No. 7) filed herein by the United States, and pursuant to the provisions of Title 18, United States Code, § 3142(f), it is hereby **ORDERED** that the motion is **GRANTED** and the detention hearing shall also take place on Tuesday, June 26, 2018 at 1:30 p.m. before the Honorable Cheryl A. Eifert, United States Magistrate Judge, in Huntington.  The Motion for Detention Hearing (ECF No. 6) is **DENIED** as moot.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:**  June 21, 2018

Dwane L. Tinsley
United States Magistrate Judge