UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.     CRIMINAL NO. 2:18-cr-00135

**JOHN PERRY TAYLOR IV**

### GOVERNMENT'S WITNESS LIST

Comes now the United States of America, through the undersigned attorneys, and submits the following list of witnesses it may call at trial, which is scheduled for August 28, 2018:

1. Lacie Barnett;

2. Christian Chaber;

3. Cindy Clark;

4. Valerie Colella;

5. Haley Dan;

6. Courtney Hereford;

7. Officer Larry Holstein, Charleston Police Department;

8. Detective Christopher Lioi, Charleston Police Department;

9. Ronald Lovins;

10. Officer Shawn McClure, Charleston Police Department;

11. Howard Miles;

12. Angela Portnoy;

13. Elliott Roseberry;

14. Danielle Shomo;

15. Preston Shomo;

16. Marvin Skiles.

                    Respectfully submitted,

                    JOHN M. GORE
                    Acting Assistant Attorney General

By: s/Christine M. Siscaretti
    CHRISTINE M. SISCARETTI
    Trial Attorney
    Criminal Section
    Civil Rights Division

    s/Rebekah J. Bailey
    REBEKAH J. BAILEY
    Trial Attorney
    Criminal Section
    Civil Rights Division

    MICHAEL B. STUART
    United States Attorney

By: _____
    GABRIELLE WOHL
    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "GOVERNMENT'S WITNESS LIST" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 20th day of August, 2018, to:

      Michael T. Clifford, Esquire
      723 Kanawha Boulevard East, Suite 1200
      Charleston, WV 25301
      mclifherd@aol.com

          /s/ Rebekah J. Bailey
          REBEKAH J. BAILEY
          Trial Attorney
          Civil Rights Division
          U.S. Department of Justice
          950 Pennsylvania Avenue NW
          Washington, DC 20530
          Telephone: (202) 307-6523
          Email: Rebekah.Bailey@usdoj.gov